U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | ) | CASE NO. 95-51132-MM |
| | ) | |
| Software Turnkey Services,Inc. | ) | |
| | ) | ORDER FOR PAYMENT |
| Debtor | ) | OF UNCLAIMED FUNDS |
| | ) | |

There having been a dividend check in the above named case issued to Media Factory,Inc  whose mailing address is 48873 Kato Rd., Fremont, CA 94539, in the amount of $2,066.61, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and the Claimant having made service on the United States Attorney.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Media Factory,Inc, Attn: Kevin Chan, c/o The Financial Resources Group, Inc. of  700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $2,066.61 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: June 8, 2001

UNITED STATES BANKRUPTCY JUDGE